**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | | |
|---|---|---|
| **MICHAEL SHAWN BARBIAN,**<br>            *Plaintiff,*<br><br>**v.**<br><br>**RAYMOND DRUTIS,<br>COMMISSIONED LAW<br>ENFORCEMENT<br>OFFICER/RANGER – US, et al.**<br>            *Defendants.* | § § § § § § § § § § § § § | **P:25-CV-00044-DC** |

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Before the Court is the report and recommendation from United States Magistrate Judge David B. Fannin (Doc. 3) concerning Plaintiff Michael Shawn Barbian's Complaint (Doc. 1) and Motion to Proceed in forma pauperis ("IFP") (Doc. 2). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Fannin issued his report and recommendation on January 5, 2026. As of the date of this Order, Barbian has filed objections, though they are untimely.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because the objections

were not timely filed, the Court reviews the report for clear error or conclusions that are contrary to law, finding none.[1]

As a result, the Court **ADOPTS** the report and recommendation and **DISMISSES** Barbian's Complaint **WITHOUT PREJUDICE.** Additionally, any request for recusal—though one was not properly filed—is **DENIED**.

A final judgment will issue subsequent to this order.

It is so **ORDERED**.

SIGNED this 29th day of January, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[1] Even if this Court were to consider the objections timely and conduct its review *de novo*, this Court would hold the same.